THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM ERICH KNAUER,<br><br>               Plaintiff,<br><br>     v.<br><br>PACIFIC 1 LLC AND MINH PHAM, *in personam*; THE F/V FACIVIF 1, Official Number 293369, her engines, machinery, appurtenances and cargo, *in rem*,<br><br>               Defendants. | CASE NO. C18-1771-JCC<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 10). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

//

//

//

//

1       DATED this 17th day of October 2019

2

3                                           <u>William M. McCool</u>
Clerk of Court

4                                           <u>s/Tomas Hernandez</u>
Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
[CASE #]
PAGE - 2